# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Richard Andolshek and Trinity Financial Corp.,

                Plaintiffs,

v.

Charter Oak Fire Insurance Co. and Travelers Indemnity Co.,

                Defendants.

Civ. No. 09-433 (RHK/JSM)
**ORDER**

      This matter is before the Court *sua sponte*. Defendants have filed a Motion to Dismiss this action, which is scheduled to be heard by the Court on July 21, 2009, at 8:00 a.m. Having reviewed the parties' Motion papers, the Court does not believe that oral argument will materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on Defendants' Motion is **CANCELED**. The Motion is deemed submitted as of July 16, 2009, the date of Defendants' Reply Memorandum.

Dated: July 17, 2009

                                                            s/Richard H. Kyle
                                                           RICHARD H. KYLE
                                                           United States District Judge